**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH QUINTO,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>NATURAL IMMUNOGENICS,<br><br>Garnishee. | NO. 2:15-MC-00152-RSL<br><br>(2:07-CR-0410-RAJ-008)<br><br>**United States' Motion to Issue Continuing Garnishee Order**<br><br>**Note for Motion Calendar:**<br>**Friday, January 15, 2016** |

Plaintiff United States of America (United States), hereby moves the Court to issue a Continuing Garnishee Order to the Garnishee, Natural Immunogenics, pursuant to 28 U.S.C. § 3205(c)(7).

On February 27, 2009, the Court entered a criminal judgment against Defendant/Judgment Debtor, Seth Quinto (Mr. Quinto), for Perjury. Mr. Quinto was sentenced to fifteen months in prison, followed by three years of supervised release, and ordered to pay a Special Assessment of $100 and a

**UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER**
(*USA v. Seth Quinto & Natural Immunogenics,* **USDC#: 2:15-mc-00152-RSL /
2:07-CR-0410-RAJ-008) - 1**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

Fine in the amount of $30,000.00.  The remaining balance as of December 24, 2015, is $20,034.45.  *See* Declaration of Dawn Fernandez.

On September 30, 2015, the United States filed an Application for Writ of Continuing Garnishment against Mr. Quinto [doc. no. 1].  The Court issued a Writ of Continuing Garnishment to the Garnishee, Natural Immunogenics, on October 6, 2015 [doc. no. 3].  Garnishee Natural Immunogenics filed its Answer on December 4, 2015, establishing that it employs Mr. Quinto and pays him weekly.  Doc. no. 8 at 2.  Garnishee further indicated that Mr. Quinto's gross wages for the pay period beginning 10/10/15 and ending 10/16/15, were $1,730.77, with net wages of $1,353.77, after taxes.  *Id.*

On October 9, 2015, the United States Attorney's Office mailed notification of the Garnishment Proceeding to Mr. Quinto, at his last known address, by U.S. First Class Mail [doc. no. 5].   On October 30, 2015, Mr. Quinto filed an Application for Order to Show Cause, which was subsequently denied by the Court on November 9, 2015.  Doc. nos. 6 and 7, respectively.

The United States requests that the Court enter a continuing garnishee order, directing Natural Immunogenics immediately to begin paying Mr. Quinto's non-exempt wages to the United States District Court, Western District of Washington.  Such non-exempt wages include all monies that Natural Immunogenics previously withheld, in accordance with the Writ of Continuing Garnishment.

The United States further requests that the Court direct Natural Immunogenics to make the payments to the *United States District Court,*

**UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER**
(*USA v. Seth Quinto & Natural Immunogenics,* **USDC#: 2:15-mc-00152-RSL / 2:07-CR-0410-RAJ-008) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

*Western District of Washington,* referencing Case Nos. 2:07-CR-0410-RAJ-008 and 2:15-MC-00152-RSL, and to deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Such payments, pursuant to a continuing garnishee order, must continue until the debt to the United States is paid in full or until Natural Immunogenics no longer actively employs Mr. Quinto and no longer has possession, custody, or control of any of his property, or until further Order of this Court. At such time, and as appropriate, the United States shall move to dismiss this Continuing Garnishment, unless further funds are identified.

DATED this 29th day of December, 2015.

> Respectfully submitted,
>
> ANNETTE L. HAYES
> United States Attorney
>
> s/ Kyle A. Forsyth
> KYLE A. FORSYTH, WSBA # 34609
> Assistant United States Attorney
> United States Attorney's Office
> 700 Steward Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: (206) 553-7970
> Fax: (206) 553-4067
> E-mail: Kyle.Forsyth@usdoj.gov

**UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER**
(*USA v. Seth Quinto & Natural Immunogenics,* USDC#: 2:15-mc-00152-RSL / 2:07-CR-0410-RAJ-008) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

# CERTIFICATE OF SERVICE

I hereby certify that I am a Paralegal Specialist in the office of the United States Attorney for the Western District of Washington, and am a person of such age and discretion as to be competent to serve papers;

That on December 29th, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the parties;

That on December 29th, 2015, I caused copies of the United States' Motion to Issue Continuing Garnishee Order, Declaration of Dawn Fernandez, and [proposed] Order to be delivered to the Defendant/Judgment Debtor, Seth Quinto, and the Garnishee, Natural Immunogenics, by placing a copy of said documents in the United States First Class Mail, postage prepaid, addressed as follows:

Seth Quinto
336 Somerset Avenue
Sarasota, FL 34243; and

Natural Immunogenics
Attn: Carol Riggins
7504 Pennsylvania Avenue
Sarasota, FL 34243

Dated this 29th day of December, 2015.

s/ Dawn H. Fernandez
Dawn H. Fernandez, Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970 / Fax: (206) 553-4067
E-mail: dawn.fernandez@usdoj.gov

**UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER**
(*USA v. Seth Quinto & Natural Immunogenics,* USDC#: 2:15-mc-00152-RSL / 2:07-CR-0410-RAJ-008) - 4

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970