The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SETH QUINTO,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>NATURAL IMMUNOGENICS,<br><br>    Garnishee. | NO.  2:15-MC-00152-RSL<br><br>(2:07-CR-0410-RAJ-008)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Natural Immunogenics, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Natural Immunogenics filed an Answer on December 4, 2015, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Seth Quinto was an active employee who was paid weekly.

After notification of the garnishment proceeding was mailed to the parties on or about October 9, 2015, the Defendant/Judgment Debtor filed an

CONTINUING GARNISHEE ORDER (*USA v. Seth Quinto & Natural Immunogenics*, USDC#: 2:15-mc-00152-RSL / 2:07-CR-0410-RAJ-008) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Application for Order to Show Cause, which was subsequently denied by the Court on November 9, 2015.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Natural Immunogenics, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Seth Quinto, upon each period of time when Defendant/Judgment Debtor Quinto is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Quinto's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Quinto's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-CR-0410-RAJ-008 and 2:15-MC-00152-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn:  Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

CONTINUING GARNISHEE ORDER (*USA v. Seth Quinto & Natural Immunogenics*, USDC#: 2:15-mc-00152-RSL / 2:07-CR-0410-RAJ-008) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1 | Dated this 4th day of January, 2016.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

CONTINUING GARNISHEE ORDER (*USA v. Seth Quinto & Natural Immunogenics*, USDC#: 2:15-mc-00152-RSL / 2:07-CR-0410-RAJ-008) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970